UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICAH BITTLE,

     Plaintiff,

        v.                             No. 3:17-cv-1289(WIG)

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

     Defendant.
_____X


ORDER GRANTING DEFENDANT'S MOTION FOR ENTRY
OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)
<u>WITH REVERSAL AND REMAND</u>

      Defendant, Acting Commissioner of the Social Security Administration, has moved this

Court to enter judgment under sentence four of 42 U.S.C. § 405(g), with a reversal and remand

of this cause to the Commissioner for further action.  Counsel for the Commissioner represents

that the plaintiff, who is *pro se*, is unopposed to the relief sought in the motion.

      Under sentence four of 42 U.S.C. § 405(g), the Court has the power to enter a judgment

with a reversal and remand of the cause to the Commissioner for further proceedings.  *Shalala v.*

*Schaefer*, 509 U.S. 292, 297 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).  Remand for

further development of the record is appropriate when gaps exist in the administrative record or

when the administrative law judge committed legal error.  *Parker v. Harris*, 626 F.2d 225, 235

(2d Cir. 1980).

      Here, the Commissioner has determined that additional administrative action is

warranted.  Accordingly, Defendant's Motion for Entry of Judgment under Sentence Four of 42

U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant [Doc. No. 15] is granted.

This is not a Recommended Ruling. The parties have consented to the Magistrate Judge's entering a final order in this case without the need for entry of a recommended ruling and review by a District Judge. *See* Fed. R. Civ. P. 73(b). The Clerk is directed to enter a separate judgment in favor of Plaintiff in this matter under Rule 58(a), Fed. R. Civ. P., to remand this cause to the Commissioner for further administrative proceedings in accordance with this Order, and to close this case.

It is SO ORDERED, this  10th  day of October, 2017, at Bridgeport, Connecticut.

                                     /s/ *William I. Garfinkel*
                                  WILLIAM I. GARFINKEL
                                  United States Magistrate Judge